AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BOBBY DEES, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br><br> AINS, LLC D/B/A OPEXUS A/K/A CASEPOINT <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:26-cv-924 -TSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**AINS, LLC d/b/a OPEXUS a/k/a CASEPOINT**
**1101 17th Street NW, 12th Floor**
**Washington, D.C. 20036**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathan M. Peak (Virgina Bar No. 91339)
BRACKER & MARCUS LLC
3355 Lenox Rd NE, Ste. 660
Atlanta, GA 30326
Phone: 770-988-5035

AND

D. Anthony Mastando and Eric J. Artrip
*Applying for Pro Hac Vice*
MASTANDO & ARTRIP, LLC
301 Holmes Ave., NE, Ste. 100
Huntsville, Alabama  35801
Phone: 256-532-2222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/17/2026

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*